# *IN THE DISTRICT COURT OF THE UNITED STATES*

## *For the Western District of New York*

---

**THE UNITED STATES OF AMERICA**

*-vs-*

**DAVID P. GAYLORD**

**APRIL 2011 GRAND JURY**
**(Impaneled 04/29/2011)**

**INDICTMENT**

Violation:

Title 18, United States Code, Section 1014
(3 counts)

<u>COUNT 1</u>
**(False credit application)**

**The Grand Jury Charges That:**

On or about April 19, 2006, in the Western District of New York, the defendant, DAVID P. GAYLORD, knowingly made a material false statement and report for the purpose of influencing the action of Advanta, an institution the accounts of which were insured by the Federal Deposit Insurance Corporation, in connection with an internet credit card application, in that the defendant falsely stated and reported his net income to be $90,000, when in truth and in fact, as the defendant well knew, his net income was substantially less than $90,000.

**All in violation of Title 18, United States Code, Section 1014.**

### COUNT 2
### (False credit application)

**The Grand Jury Further Charges That:**

On or about August 31, 2006, in the Western District of New York, the defendant, DAVID P. GAYLORD, knowingly made a material false statement and report for the purpose of influencing the action of Family First Federal Credit Union, a Federal credit union, in connection with an internet credit card application, in that the defendant falsely stated and reported that his gross monthly pay was  $9,166.66, when in truth and in fact, as the defendant well knew, his gross monthly income was substantially less than $9,166.66.

**All in violation of Title 18, United States Code, Section 1014.**

### COUNT 3
### (False credit application)

**The Grand Jury Further Charges That:**

On or about September 11, 2006, in the Western District of New York, the defendant, DAVID P. GAYLORD, knowingly made material false statements and reports for the purpose of influencing the action of Bank of America, an institution the accounts of which were insured by the Federal Deposit Insurance Corporation, in

2

connection with an internet credit card application, in that the defendant falsely stated and reported that his current annual salary was $110,000 and his total household income was $122,000, when in truth and in fact, as the defendant well knew, that his current annual salary was substantially less than $110,000 and his total household income was substantially less than $122,000.

**All in violation of Title 18, United States Code, Section 1014.**

DATED: Rochester, New York, June 14, 2011.


WILLIAM J. HOCHUL, JR.
United States Attorney


By:   s/Tiffany H. Lee
TIFFANY H. LEE
Assistant U.S. Attorney
United States Attorney's Office
Western District of New York
100 State Street
Rochester, New York 14614
(585) 263-6760, ext. 2251
Tiffany.Lee@usdoj.gov

A TRUE BILL:


s/Foreperson
Foreperson

3